ELECTRONICALLY FILED
10/17/2017 12:57 PM
05-CV-2017-901182.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 05-<br>Date of Filing: 10/17/2017   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**BES DESIGN-BUILD, LLC v. HARRELL DESIGN GROUP, PC**

**First Plaintiff:** ☑ Business ☐ Individual ☐ Government ☐ Other
**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** MIL103     10/17/2017 12:57:56 PM     /s/ ADAM MATTHEW MILAM
Date     Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
10/17/2017 12:57 PM
05-CV-2017-901182.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| **BES DESIGN BUILD, LLC** | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV-2017-_____ |
| **HARRELL DESIGN GROUP, P.C.** | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, BES DESIGN BUILD, LLC ("BES" or "Plaintiff"), by and through its undersigned counsel, and files this Complaint against Defendant, HARRELL DESIGN GROUP, P.C. ("Harrell" or "Defendant") as follows:

1. BES is a domestic limited liability company doing business in Baldwin County, Alabama.

2. Harrell is a foreign professional corporation with a registered agent address at 8016 Tower Point Drive, Charlotte, North Carolina 28227.

3. BES was awarded a contract with the Department of Veterans Affairs ("Government") in reference to Contract Number VA256-15-C-0121 ("Contract") to be the General Contractor with regard to the renovation of the 3B Stepdown Clinic at the Fayetteville Veterans Health Care of the Ozarks, 1100 North College venue, Fayetteville, Arkansas ("Project").

4. Harrell was awarded a contract with the Government to provide architectural and design services on the Project.

5. As part of the Contract, BES was to use the specifications and designs provided by Harrell to the Government in order to complete the Project.

6. During its performance of the Contract, BES experienced, and is still experiencing,

numerous delays due to the errors and omissions of Harrell with regard to its work on the Project done pursuant to their contract with the Government.

7. Some of the errors and omissions which have caused delays to BES include, but are not limited to:

| | | |
|---|---|---|
| Omission of Asbestos Documentation | $146,848.72 | Delay - 139 Days |
| Errors and Omissions of 2nd Floor Sanitary Sewer Drawings and Documentation | $22,849.89 | Delay - 34 Days |
| Errors and Omissions for Deficient Nurse Call Station Specification | $29,793.00 | Delay - 30 Days |
| Errors and Omissions Due to Poor Due Diligence | $134,849.61 | Delay - 153 Days |
| **Total as of the date of filing of Complaint:** | **$334,341.22** | **Delay - 356 Days** |

8. Due to Harrell's numerous errors and omissions, BES has suffered and continues to suffer financially and has sustained damage to its reputation as BES has not been able to complete the terms of its Contract in a timely manner.

## COUNT ONE
## Breach of Contract - Third Party Beneficiary

9. Plaintiff adopts and incorporates all other paragraphs of the Complaint as if fully set out herein.

10. Plaintiff contracted with the Government and is one of the intended beneficiaries of the contract between Defendant and the Government.

11. Defendant is in breach of its contract with the Government by failing to provide proper designs and specifications in order for Plaintiff to properly perform under the terms of its Contract with the Government.

12. As a direct and proximate consequence of the various breaches of Defendant's contractual obligations owed to the Plaintiff, Plaintiff has suffered and continues to suffer damages,

including but not limited to, loss of income and damage to its reputation.

WHEREFORE, Plaintiff demands judgment against Defendant in excess of the minimum jurisdictional limit of this Court, plus interest, attorney's fees, and costs of Court.

## COUNT TWO
### Tortious Interference with a Business Relationship

13. Plaintiff adopts and incorporates all other paragraphs of the Complaint as if fully set out herein.

14. Plaintiff's Contract with the Government is dependent upon Defendant properly performing pursuant to the terms of Defendant's contract with the Government.

15. As stated above, Defendant has failed to perform pursuant to the terms of its contract with the Government, which in turn affected, and continues to affects, Plaintiff's ability to properly perform pursuant to the terms of Plaintiff's Contract with the Government.

WHEREFORE, Plaintiff demands judgment against Defendant in excess of the minimum jurisdictional limit of this Court, plus interest, attorney's fees, and costs of Court.

## COUNT THREE
### Negligence/Wantonness

16. Plaintiff adopts and incorporates all other paragraphs of the Complaint as if fully set out herein.

17. Defendant owed a duty to the Plaintiff to properly develop the design plans pursuant to Defendant's contract with the Government.

18. Defendant breached those duties by performing in a negligent, wanton, reckless, grossly negligent, and willfully improper manner.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, special damages, punitive damages and all such damages sustained by Plaintiff in an amount within the jurisdictional limits of the Court, together with all costs of this suit and such other relief as the Court may deem just and proper.

### COUNT FOUR
### Misrepresentation

19. Plaintiff adopts and incorporates all other paragraphs of the Complaint as if fully set out herein.

20. Through their contract with the Government, Defendant represented to Plaintiff that Defendant would provide the Government with the proper specifications and designs in order for Plaintiff to successfully complete its Contract with the Government within the time limit prescribed in the Contract.

21. The representations made by Defendant were false and as a proximate consequence of Defendants' misrepresentations, Plaintiff has been damaged and injured.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, punitive damages, interest, together with all costs of this suit and such other relief as the Court may deem just and proper.

### COUNT FIVE
### Unjust Enrichment

22. Plaintiff adopts and incorporates all other paragraphs of the Complaint as if fully set out herein.

23. Defendant entered into a contract with the Government and was compensated by the

Government to provide the proper designs and specifications for the Plaintiff to use for the Project pursuant to Plaintiff's Contract with the Government.

24. Plaintiff has been unable to complete its Contract with the Government due to the Defendant's improper specifications and designs which Defendant has received compensation for from the Government.

25. The Defendant has been unjustly enriched to the detriment of the Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, punitive damages, interest, together with all costs of this suit and such other relief as the Court may deem just and proper.

        Respectfully submitted,

        */s/ Adam M. Milam*
        ADAM M. MILAM
        *Attorney for Plaintiff*

OF COUNSEL:
MILAM & MILAM, LLC
2206 Main Street
Daphne, Alabama 36526
Tel: (251) 929-0191
Fax: (844) 273-4029
amilam@milam-law.com

**PLAINTIFFS HEREBY DEMAND TRIAL BY JURY.**

   *Adam M. Milam*
   **OF COUNSEL**

**Please serve the Defendant via certified mail at the following address:**

**Harrell Design Group, P.C.**
**C/o Lee E. Harrell, Jr., Registered Agent**

**8016 Tower Point Drive**
**Charlotte, NC 28227**