# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BES DESIGN BUILD, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-0515-CG-B |
| HARRELL DESIGN GROUP, PC, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all the issued raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 29, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiff's Motion to Remand (Doc. 13) is **DENIED**.

**DONE and ORDERED** this 25th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE